```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  PHILLIP N. SMITH, JR.
    Assistant United States Attorney
 3  333 Las Vegas Blvd South, Suite 5000
    Las Vegas, Nevada  89101
 4  (702) 388-6336
    Attorneys for Plaintiff
 5
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**-oOo-**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-cr-565-RLH-PAL |
| | ) | |
| PLAINTIFF, | ) | (2:11-mj-38-GWF) |
| | ) | |
| VS. | ) | GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |
| | ) | |
| NICHOLAS BICKLE, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| _____ | ) | |

COMES NOW the United States of America, by and through its attorneys, Daniel G. Bogden, United States Attorney, Phillip N. Smith, Jr., Assistant United States Attorney, and respectfully moves this Court for an Order to **UNSEAL** the search warrant issued under case number 2:11-mj-38-GWF for information associated with polarbickle@hotmail.com stored at premises controlled by Microsoft Corporation and the accompanying affidavits that were approved by the Court on January 18, 2011.

DATED this 17th day of February, 2011.

                                                              DANIEL G. BOGDEN
                                                              UNITED STATES ATTORNEY

                                                              /s/
                                                            _____
                                                              PHILLIP N. SMITH, JR.
                                                              Assistant United States Attorney

DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-cr-565-RLH-PAL |
| PLAINTIFF, | ) | (2:11-mj-38-GWF) |
| VS. | ) | GOVERNMENT'S MOTION TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |
| NICHOLAS BICKLE, | ) | |
| DEFENDANT. | ) | |

### ORDER UNSEALING SEARCH WARRANT AND AFFIDAVIT

Based on the Motion of the Government, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the search warrant issued under case number 2:11-mj-38-GWF for information associated with polarbickle@hotmail.com stored at premises controlled by Microsoft Corporation and the accompanying affidavits that were approved by the Court on January 18, 2011 shall be unsealed.

DATED this 22nd day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE