UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-cr-00565RLH-PAL |
| Plaintiff, | **O R D E R** |
| vs. | (Report of Findings and Recommendation–#115) |
| NICHOLAS BICKLE, | |
| Defendant. | |

      Before this Court is the **Report of Findings and Recommendation** of the United States Magistrate Judge (#115), entered by the Honorable Peggy A Leen regarding Defendant Nicholas Bickle's Motion to Dismiss for Prosecutorial Misconduct (#91, filed Mar. 9, 2011). No objection was filed to Magistrate Judge Leen's Report and Recommendation in accordance with Local Rule LR IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. This matter was referred to the undersigned for consideration.

      The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B)–(C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Leen should be accepted and adopted.

AO 72
(Rev. 8/82)

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation entered May 6, 2011 (#115) is ACCEPTED and ADOPTED, and Bickle's Motion to Dismiss for Prosecutorial Misconduct (#91) is DENIED.

Dated: June 22, 2011.

_____
ROGER L. HUNT
United States District Judge