# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:10-CR-0565-RLH-PAL |
| vs. | ) | **O R D E R** |
| NICHOLAS BICKLE, | ) | |
| Defendant. | ) | |

Before this Court is the Report of Findings and Recommendation of United States Magistrate Judge Peggy A. Leen (#137, entered July 21, 2011), regarding Defendant Bickle's Motion to Suppress Evidence (#92, filed March 9, 2011). No objection was filed to Magistrate Judge Leen's Report of Findings and Recommendation in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report of Findings and Recommendation of Magistrate Judge Leen should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge Leen's Report of Findings and Recommendation (#137) is ACCEPTED and ADOPTED, and Defendant Bickle's Motion to Suppress Evidence is granted in part and denied in part, as stated therein.

Dated: August 23, 2011.

_____
ROGER L. HUNT
U.S. District Judge