```
                    ✓ FILED          ___ RECEIVED
                    ___ ENTERED      ___ SERVED ON
                                     COUNSEL/PARTIES OF RECORD

                         SEP 27 2011

                    CLERK US DISTRICT COURT
                    DISTRICT OF NEVADA
                    BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | 2:10-CR-565-RLH-PAL |
| Plaintiff,    ) | |
| vs.    ) | |
| NICHOLAS BICKLE,    ) | |
| Defendant.    ) | |

ORDER TO COMPEL TESTIMONY AND PRODUCE INFORMATION

On the Motion of DANIEL G. BOGDEN, United States Attorney, District of Nevada, PHILLIP N. SMITH, JR., and TIMOTHY S. VASQUEZ, Assistant United States Attorneys, and it appearing to the satisfaction of the Court:

(1)   That the witness, Glen Camarca, will be called to testify or provide other information before the trial jury in the matter of United States v. Nicholas Bickle, and,

(2)   That the witness, Glen Camarca, has indicated that he will refuse to testify or provide other information pertinent to the proceedings on the basis of his privilege against self-incrimination; and,

(3)   That in the judgment of the United States Attorney, the testimony or other information from the witness may be necessary to the public interest of the United States; and,

(4)   That the aforesaid Motion filed herein has been made with the approval of the Assistant Attorney General in charge of the Criminal Division of the United States Department of Justice, pursuant to the authority vested in him by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a),

IT IS HEREBY ORDERED pursuant to Title 18, United States Code, Sections 6002 and 6003, that the witness, Glen Camarca, give testimony and provide other information which he may

refuse to give or provide on the basis of his privilege against self-incrimination as to all matters about which he may be interrogated before the trial jury in the matter of United States v. Nicholas Bickle.

IT IS FURTHER ORDERED that no testimony or other information compelled under this Order, or any information directly or indirectly derived from such testimony or other information, may be used against the witness in any criminal case, except a prosecution for perjury, giving a false statement or otherwise failing to comply with the Order of this Court.

DATED this 27 day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE