1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA, )
)
                    Plaintiff, )
)
            v.                              )             2:10-CR-565-RLH (PAL)
)
NICHOLAS BICKLE, )
)
                    Defendant. )

**AMENDED PRELIMINARY ORDER OF FORFEITURE**

    This Court finds that on October 7, 2011,  defendant NICHOLAS BICKLE was found guilty

on the following Counts:

| | |
|---|---|
| Count One of the Third Superseding Criminal Indictment | Conspiracy 18 U.S.C. § 371 |
| Count Two of the Third Superseding Criminal Indictment | Dealing in Firearms Without a License in violation of 18 U.S.C. § 922(a)(1)(A) |
| Counts Five through Eight of the Third Superseding Criminal Indictment | Unlawful possession and transfer of machineguns in violation of 18 U.S.C. § 922(o) |
| Counts Nine through Thirteen of the Third Superseding Criminal Indictment | Unlawful possession, concealment, sale and disposition of stolen firearms in violation of 18 U.S.C. § 922(j) |
| Count Fourteen of the Third Superseding Criminal Indictment | Receiving, Concealing, and Retaining Property of the United States in violation of 18 U.S.C. § 641 |

1
2
| Count Fifteen of the Third Superseding Criminal Indictment | Transportation by, and Distribution of Explosives to, a Non-Licensee in violation of 18 U.S.C. § 842(a)(3) |

3  Document #191, #193.

4   This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1), and (2), the United States of

5  America has shown the requisite nexus between property set forth in the Forfeiture Allegations of

6  the Third Superseding Criminal Indictment and the offenses to which defendant NICHOLAS

7  BICKLE has been found guilty.

8   The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section

9  924(d)(1) and Title 28, United States Code, Section 2461(c):

10  <u>Count One</u>:

11   (a)   Model PMKMS, 7.62 x 39 mm caliber machinegun, serial number KM15107
     Model AIM / PM63, 7.62 x 39 mm caliber machinegun, serial number FG0211
12   Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 596014
     Izhevsk Model AKMS, 7.62 x 39 mm caliber machinegun, serial number 219291
13   Model AIM / PM63 (AKM-type), 7.62 x 39 mm caliber machinegun, serial number NU4956
14   Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 981151
     Izhevsk Model AKM, 7.62 x 39 mm caliber machinegun bearing number B1601
15   Model AKK (AK-47), 7.62 x 39 mm caliber machinegun, serial number KO 154011
     Model AIMS/PM65 (AKM-type), 7.62 x 39 mm caliber machine gun, serial number AF2192
16   AKM-Type, 7.62 x 39 mm caliber machinegun, serial number UM-7313-05
17   Model Tabuk (AKM-Type), 7.62 x 39 mm caliber machinegun, serial number 8037669
18   Zastava Arms, Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-95917
19   Ruger Model P-95, 9 mm pistol, serial number 314-38221
     Ruger Model P-95, 9 mm pistol, serial number 315-58276
20   Ruger Model P-95, 9 mm pistol, serial number 315-65017
     Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 842782
21   Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 596085
     Norinco Model 56-1 7.62 x 39 mm caliber machinegun, serial number 26022877
22   Tula Model AKM 7.62 x 39 mm caliber machinegun, serial number 597584
     Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-96106
23   Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number 602379
24   Ruger Model P-95, 9 mm pistol, serial number 314-39509
25   Ruger Model P-95, 9 mm pistol, serial number 315-65022

26   2

Model PSL, 7.62 x 54R mm machinegun, serial number N-4250

PKM type 7.62 x 54R mm machinegun, serial number F-3452

Norinco Model 56 7.62 x 39 mm caliber machinegun, serial number 401731

Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 598675

Enfield Model MP-5, 9 mm caliber machinegun, serial number C49892

Beretta Pietro S.P.A., Model 12S, 9 mm caliber machinegun, serial number F08191-80

CZ Model VZ58, 7.62 x 39 mm caliber machinegun, serial number U66335

Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83566

Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83587

Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83683

Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83692

Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 82296

AIM/PM63 (AKM Type) 7.62 x 39 mm caliber machinegun, serial number SH2783

Ruger Model P-95, 9 mm pistol, serial number 314-34728

Ruger Model P-95, 9 mm pistol, serial number 314-34729

Ruger Model P-95, 9 mm pistol, serial number 315-65178

Ruger Model P-95, 9 mm pistol, serial number 315-65182

Ruger Model P-95, 9 mm pistol, serial number 315-63353

Ruger Model P-95, 9 mm pistol, serial number 314-35165

Ruger Model P-95, 9 mm pistol, serial number 314-39389

Ruger Model P-95, 9 mm pistol, serial number 315-64373

Glock Model 19, 9mm pistol, serial number GND176, and

(b)    any and all ammunition.

The following assets are subject to forfeiture pursuant to Title 26, United States Code, Section 5872:

Count Two:

(a)    Model PMKMS, 7.62 x 39 mm caliber machinegun, serial number KM15107

Model AIM / PM63, 7.62 x 39 mm caliber machinegun, serial number FG0211

Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 596014

Izhevsk Model AKMS, 7.62 x 39 mm caliber machinegun, serial number 219291

Model AIM / PM63 (AKM-type), 7.62 x 39 mm caliber machinegun, serial number NU4956

Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 981151

Izhevsk Model AKM, 7.62 x 39 mm caliber machinegun bearing number B1601

Model AKK (AK-47), 7.62 x 39 mm caliber machinegun, serial number KO 154011

Model AIMS/PM65 (AKM-type), 7.62 x 39 mm caliber machine gun, serial number AF2192

AKM-Type, 7.62 x 39 mm caliber machinegun, serial number UM-7313-05

Model Tabuk (AKM-Type), 7.62 x 39 mm caliber machinegun, serial number 8037669

Zastava Arms, Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-95917

Ruger Model P-95, 9 mm pistol, serial number 314-38221

Ruger Model P-95, 9 mm pistol, serial number 315-58276

1   Ruger Model P-95, 9 mm pistol, serial number 315-65017
    Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 842782
2   Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 596085
    Norinco Model 56-1 7.62 x 39 mm caliber machinegun, serial number 26022877
3   Tula Model AKM 7.62 x 39 mm caliber machinegun, serial number 597584
    Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number
4   B-96106
    Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number
5   602379
    Ruger Model P-95, 9 mm pistol, serial number 314-39509
6   Ruger Model P-95, 9 mm pistol, serial number 315-65022
    Model PSL, 7.62 x 54R mm machinegun, serial number N-4250
7   PKM type 7.62 x 54R mm machinegun, serial number F-3452
    Norinco Model 56 7.62 x 39 mm caliber machinegun, serial number 401731
8   Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 598675
    Enfield Model MP-5, 9 mm caliber machinegun, serial number C49892
9   Beretta Pietro S.P.A., Model 12S, 9 mm caliber machinegun, serial number
    F08191-80
10  CZ Model VZ58, 7.62 x 39 mm caliber machinegun, serial number U66335
    Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83566
11  Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83587
    Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83683
12  Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number  83692
    Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 82296
13  AIM/PM63 (AKM Type) 7.62 x 39 mm caliber machinegun, serial number SH2783
    Ruger Model P-95, 9 mm pistol, serial number 314-34728
14  Ruger Model P-95, 9 mm pistol, serial number 314-34729
    Ruger Model P-95, 9 mm pistol, serial number 315-65178
15  Ruger Model P-95, 9 mm pistol, serial number 315-65182
    Ruger Model P-95, 9 mm pistol, serial number 315-63353
16  Ruger Model P-95, 9 mm pistol, serial number 314-35165
    Ruger Model P-95, 9 mm pistol, serial number 314-39389
17  Ruger Model P-95, 9 mm pistol, serial number 315-64373
    Glock Model 19, 9mm pistol, serial number GND176, and
18      (b)     any and all ammunition.

19      The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section

20  924(d)(1) and Title 28, United States Code, Section 2461(c):

21  Counts Five through Eight:

22      (a)     Model AIM / PM63 (AKM-type), 7.62 x 39 mm caliber machinegun, serial number
                NU4956
23              Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 981151
                Izhevsk Model AKM, 7.62 x 39 mm caliber machinegun bearing number B1601
24              Model AKK (AK-47), 7.62 x 39 mm caliber machinegun, serial number KO 154011
                Model AIMS/PM65 (AKM-type), 7.62 x 39 mm caliber machine gun, serial number
25              AF2192

26                                              4

AKM-Type, 7.62 x 39 mm caliber machinegun, serial number UM-7313-05

Model Tabuk (AKM-Type), 7.62 x 39 mm caliber machinegun, serial number 8037669

Zastava Arms, Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-95917

Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 842782

Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 596085

Norinco Model 56-1 7.62 x 39 mm caliber machinegun, serial number 26022877

Tula Model AKM 7.62 x 39 mm caliber machinegun, serial number 597584

Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-96106

Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number 602379

Model PSL, 7.62 x 54R mm machinegun, serial number N-4250

PKM type 7.62 x 54R mm machinegun, serial number F-3452

Norinco Model 56 7.62 x 39 mm caliber machinegun, serial number 401731

Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 598675

Enfield Model MP-5, 9 mm caliber machinegun, serial number C49892

Beretta Pietro S.P.A., Model 12S, 9 mm caliber machinegun, serial number F08191-80

CZ Model VZ58, 7.62 x 39 mm caliber machinegun, serial number U66335

Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83566

Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83587

Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83683

Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83692

Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 82296

AIM/PM63 (AKM Type) 7.62 x 39 mm caliber machinegun, serial number SH2783, and

(b)     any and all ammunition.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

Counts Nine through Thirteen:

(a)     Ruger Model P-95, 9 mm pistol, serial number 314-38221

Ruger Model P-95, 9 mm pistol, serial number 315-58276

Ruger Model P-95, 9 mm pistol, serial number 315-65017

Ruger Model P-95, 9 mm pistol, serial number 314-39509

Ruger Model P-95, 9 mm pistol, serial number 315-65022

Ruger Model P-95, 9 mm pistol, serial number 314-34728

Ruger Model P-95, 9 mm pistol, serial number 314-34729

Ruger Model P-95, 9 mm pistol, serial number 315-65178

Ruger Model P-95, 9 mm pistol, serial number 315-65182

Ruger Model P-95, 9 mm pistol, serial number 315-63353

Ruger Model P-95, 9 mm pistol, serial number 314-35165

Ruger Model P-95, 9 mm pistol, serial number 314-39389

Ruger Model P-95, 9 mm pistol, serial number 315-64373

1

Glock Model 19, 9mm pistol, serial number GND176, and

(b)     any and all ammunition.

2

This Court finds the United States of America is now entitled to, and should, reduce the

3

aforementioned property to the possession of the United States of America.

4

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

5

United States of America should seize the aforementioned property.

6

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

7

NICHOLAS BICKLE in the aforementioned property is forfeited and is vested in the United States

8

of America and shall be safely held by the United States of America until further order of the Court.

9

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

10

shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

11

website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

12

the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

13

the name and contact information for the government attorney to be served with the petition,

14

pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

15

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

16

with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

17

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

18

shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

19

following address at the time of filing:

20

21
Michael A. Humphreys
Assistant United States Attorney
Daniel D. Hollingsworth

22
Assistant United States Attorney
Lloyd D. George United States Courthouse

23
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101

24
. . .

25
. . .

26

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

2 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

3 following publication of notice of seizure and intent to administratively forfeit the above-described

4 property.

5    DATED this __8th__ day of _ November __, 2011.

6

7

8    _____
    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                              7