1

2

3

4

5              **UNITED STATES DISTRICT COURT**

6                    **DISTRICT OF NEVADA**

7  UNITED STATES OF AMERICA,              )
                                          )
8                  Plaintiff,             )
                                          )
9          v.                             )        2:10-CR-565-RLH (PAL)
                                          )
10  NICHOLAS BICKLE,                      )
                                          )
11  _____ Defendant. )

12       **SECOND AMENDED PRELIMINARY ORDER OF FORFEITURE**

13       This Court finds that on October 7, 2011, defendant NICHOLAS BICKLE was found guilty

14  on the following Counts:

| | |
|---|---|
| Count One of the Third Superseding Criminal Indictment | Conspiracy 18 U.S.C. § 371 |
| Count Two of the Third Superseding Criminal Indictment | Dealing in Firearms Without a License in violation of 18 U.S.C. § 922(a)(1)(A) |
| Counts Five through Eight of the Third Superseding Criminal Indictment | Unlawful possession and transfer of machineguns in violation of 18 U.S.C. § 922(o) |
| Counts Nine through Thirteen of the Third Superseding Criminal Indictment | Unlawful possession, concealment, sale and disposition of stolen firearms in violation of 18 U.S.C. § 922(j) |
| Count Fourteen of the Third Superseding Criminal Indictment | Receiving, Concealing, and Retaining Property of the United States in violation of 18 U.S.C. § 641 |
| Count Fifteen of the Third Superseding Criminal Indictment | Transportation by, and Distribution of Explosives to, a Non-Licensee in violation of 18 U.S.C. § 842(a)(3) |

Document #191, #193.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1), and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Third Superseding Criminal Indictment and the offenses to which defendant NICHOLAS BICKLE has been found guilty.

**Count One**:

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

(a)    Model PMKMS, 7.62 x 39 mm caliber machinegun, serial number KM15107
Model AIM / PM63, 7.62 x 39 mm caliber machinegun, serial number FG0211
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 596014
Izhevsk Model AKMS, 7.62 x 39 mm caliber machinegun, serial number 219291
Model AIM / PM63 (AKM-type), 7.62 x 39 mm caliber machinegun, serial number NU4956
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 981151
Izhevsk Model AKM, 7.62 x 39 mm caliber machinegun bearing number B1601
Model AKK (AK-47), 7.62 x 39 mm caliber machinegun, serial number KO 154011
Model AIMS/PM65 (AKM-type), 7.62 x 39 mm caliber machine gun, serial number AF2192
AKM-Type, 7.62 x 39 mm caliber machinegun, serial number UM-7313-05
Model Tabuk (AKM-Type), 7.62 x 39 mm caliber machinegun, serial number 8037669
Zastava Arms, Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-95917
Ruger Model P-95, 9 mm pistol, serial number 314-38221
Ruger Model P-95, 9 mm pistol, serial number 315-58276
Ruger Model P-95, 9 mm pistol, serial number 315-65017
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 842782
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 596085
Norinco 56-1 7.62 x 39 mm caliber machinegun, serial number 26022877
Tula Model AKM 7.62 x 39 mm caliber machinegun, serial number 597584
Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-96106
Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number 602379
Ruger Model P-95, 9 mm pistol, serial number 314-39509
Ruger Model P-95, 9 mm pistol, serial number 315-65022
Model PSL, 7.62 x 54R mm machinegun, serial number N-4250
PKM type 7.62 x 54R mm machinegun, serial number F-3452
Norinco Model 56 7.62 x 39 mm caliber machinegun, serial number 401731
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 598675

Enfield Model MP-5, 9 mm caliber machinegun, serial number C49892

Beretta Pietro S.P.A., Model 12S, 9 mm caliber machinegun, serial number F08191-80

CZ Model VZ58, 7.62 x 39 mm caliber machinegun, serial number U66335

Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83566

Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83587

Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83683

Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83692

Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 82296

AIM/PM63 (AKM Type) 7.62 x 39 mm caliber machinegun, serial number SH2783

Ruger Model P-95, 9 mm pistol, serial number 314-34728

Ruger Model P-95, 9 mm pistol, serial number 314-34729

Ruger Model P-95, 9 mm pistol, serial number 315-65178

Ruger Model P-95, 9 mm pistol, serial number 315-65182

Ruger Model P-95, 9 mm pistol, serial number 315-63353

Ruger Model P-95, 9 mm pistol, serial number 314-35165

Ruger Model P-95, 9 mm pistol, serial number 314-39389

Ruger Model P-95, 9 mm pistol, serial number 315-64373

Glock Model 19, 9mm pistol, serial number GND176

Sig Sauer, Model P220, .45 caliber pistol, serial number G369927

Star, Bonifacio Echeverria, Model Gold Setra 2002, 9mm pistol, serial number 60519

Beretta, Pietro S.P.A., Model 92S, 9mm pistol, serial number X22657Z

Astra, Model 800, 9mm pistol, serial number 830267, and

(b)      any and all ammunition.

**Count Two**:

The following assets are subject to forfeiture pursuant to Title 26, United States Code, Section 5872:

(a)      Model PMKMS, 7.62 x 39 mm caliber machinegun, serial number KM15107

Model AIM / PM63, 7.62 x 39 mm caliber machinegun, serial number FG0211

Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 596014

Izhevsk Model AKMS, 7.62 x 39 mm caliber machinegun, serial number 219291

Model AIM / PM63 (AKM-type), 7.62 x 39 mm caliber machinegun, serial number NU4956

Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 981151

Izhevsk Model AKM, 7.62 x 39 mm caliber machinegun bearing number B1601

Model AKK (AK-47), 7.62 x 39 mm caliber machinegun, serial number KO 154011

Model AIMS/PM65 (AKM-type), 7.62 x 39 mm caliber machine gun, serial number AF2192

AKM-Type, 7.62 x 39 mm caliber machinegun, serial number UM-7313-05

Model Tabuk (AKM-Type), 7.62 x 39 mm caliber machinegun, serial number 8037669

Zastava Arms, Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-95917

Ruger Model P-95, 9 mm pistol, serial number 314-38221

Ruger Model P-95, 9 mm pistol, serial number 315-58276

3

Ruger Model P-95, 9 mm pistol, serial number 315-65017

Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 842782

Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 596085

Norinco Model 56-1 7.62 x 39 mm caliber machinegun, serial number 26022877

Tula Model AKM 7.62 x 39 mm caliber machinegun, serial number 597584

Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-96106

Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number 602379

Ruger Model P-95, 9 mm pistol, serial number 314-39509

Ruger Model P-95, 9 mm pistol, serial number 315-65022

Model PSL, 7.62 x 54R mm machinegun, serial number N-4250

PKM type 7.62 x 54R mm machinegun, serial number F-3452

Norinco Model 56 7.62 x 39 mm caliber machinegun, serial number 401731

Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 598675

Enfield Model MP-5, 9 mm caliber machinegun, serial number C49892

Beretta Pietro S.P.A., Model 12S, 9 mm caliber machinegun, serial number F08191-80

CZ Model VZ58, 7.62 x 39 mm caliber machinegun, serial number U66335

Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83566

Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83587

Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83683

Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number  83692

Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 82296

AIM/PM63 (AKM Type) 7.62 x 39 mm caliber machinegun, serial number SH2783

Ruger Model P-95, 9 mm pistol, serial number 314-34728

Ruger Model P-95, 9 mm pistol, serial number 314-34729

Ruger Model P-95, 9 mm pistol, serial number 315-65178

Ruger Model P-95, 9 mm pistol, serial number 315-65182

Ruger Model P-95, 9 mm pistol, serial number 315-63353

Ruger Model P-95, 9 mm pistol, serial number 314-35165

Ruger Model P-95, 9 mm pistol, serial number 314-39389

Ruger Model P-95, 9 mm pistol, serial number 315-64373

Glock Model 19, 9mm pistol, serial number GND176

Sig Sauer, Model P220, .45 caliber pistol, serial number G369927

Star, Bonifacio Echeverria, Model Gold Setra 2002, 9mm pistol, serial number 60519

Beretta, Pietro S.P.A., Model 92S, 9mm pistol, serial number X22657Z

Astra, Model 800, 9mm pistol, serial number 830267, and

(b)     any and all ammunition.

**Counts Five through Eight**:

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

(a)     Model AIM / PM63 (AKM-type), 7.62 x 39 mm caliber machinegun, serial number NU4956

Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 981151

4

Izhevsk Model AKM, 7.62 x 39 mm caliber machinegun bearing number B1601
Model AKK (AK-47), 7.62 x 39 mm caliber machinegun, serial number KO 154011
Model AIMS/PM65 (AKM-type), 7.62 x 39 mm caliber machine gun, serial number AF2192
AKM-Type, 7.62 x 39 mm caliber machinegun, serial number UM-7313-05
Model Tabuk (AKM-Type), 7.62 x 39 mm caliber machinegun, serial number 8037669
Zastava Arms, Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-95917
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 842782
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 596085
Norinco Model 56-1 7.62 x 39 mm caliber machinegun, serial number 26022877
Tula Model AKM 7.62 x 39 mm caliber machinegun, serial number 597584
Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number B-96106
Zastava Arms Model M70AB2, 7.62 x 39 mm caliber machinegun, serial number 602379
Model PSL, 7.62 x 54R mm machinegun, serial number N-4250
PKM type 7.62 x 54R mm machinegun, serial number F-3452
Norinco Model 56 7.62 x 39 mm caliber machinegun, serial number 401731
Tula Model AKM, 7.62 x 39 mm caliber machinegun, serial number 598675
Enfield Model MP-5, 9 mm caliber machinegun, serial number C49892
Beretta Pietro S.P.A., Model 12S, 9 mm caliber machinegun, serial number F08191-80
CZ Model VZ58, 7.62 x 39 mm caliber machinegun, serial number U66335
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83566
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83587
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83683
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 83692
Zastava Arms Model M92, 7.62 x 39 mm caliber machinegun, serial number 82296
AIM/PM63 (AKM Type) 7.62 x 39 mm caliber machinegun, serial number SH2783, and

(b)      any and all ammunition.

**Counts Nine through Thirteen**:

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

(a)      Ruger Model P-95, 9 mm pistol, serial number 314-38221
Ruger Model P-95, 9 mm pistol, serial number 315-58276
Ruger Model P-95, 9 mm pistol, serial number 315-65017
Ruger Model P-95, 9 mm pistol, serial number 314-39509
Ruger Model P-95, 9 mm pistol, serial number 315-65022
Ruger Model P-95, 9 mm pistol, serial number 314-34728
Ruger Model P-95, 9 mm pistol, serial number 314-34729
Ruger Model P-95, 9 mm pistol, serial number 315-65178
Ruger Model P-95, 9 mm pistol, serial number 315-65182

5

    Ruger Model P-95, 9 mm pistol, serial number 315-63353
    Ruger Model P-95, 9 mm pistol, serial number 314-35165
    Ruger Model P-95, 9 mm pistol, serial number 314-39389
    Ruger Model P-95, 9 mm pistol, serial number 315-64373
    Glock Model 19, 9mm pistol, serial number GND176, and

(b)    any and all ammunition.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of NICHOLAS BICKLE in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

    Michael A. Humphreys
    Assistant United States Attorney
    Daniel D. Hollingsworth
    Assistant United States Attorney
    Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
    Las Vegas, Nevada 89101

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

2 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

3 following publication of notice of seizure and intent to administratively forfeit the above-described

4 property.

5    DATED this _4th_ day of _____June_____, 2012.

6

7

8    _____
     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the

following individuals were served with a copy of the (proposed) Second Amended Preliminary

Order of Forfeiture on June 1, 2012, by the below identified method of service:

CM/ECF:

James F. Pokorny
Law Office of James F. Pokorny
110 West C Street
San Diego, CA 92101
Email: james@jamespokornylaw.com
Counsel for Defendant Nicholas Bickle

John L. Arrascada
145 Ryland Street
Reno, NV 89501
Email: jla@arrascadalaw.com
Counsel for Defendant Nicholas Bickle

Patrick E. McDonald
McDonald Adras, LLC
601 South 7th Street
Las Vegas, NV 89101
Email: pat@lvbestdefense.com
Counsel for Defendant Nicholas Bickle

Ben Nadig
520 South 4th Street
Las Vegas, NV 89101
Email: ben@lasvegasdefenselawfirm.com
Counsel for Defendant Andrew Kaufman

George Allen Dale
Law Offices of G. Allen Dale, P.L.L.C.
575 7th Street, NW
Washington, DC 20004
Email: gallendale@aol.com
Counsel for Defendant Andrew Kaufman

David T. Brown
Brown, Brown & Premsrirut
520 S 4th Street 2nd Fl.
Las Vegas, NV 89101
Email: master@brownlawlv.com  Counsel for Defendant Andrew Kaufman
Counsel for Defendant Andrew Kaufman


Shari L. Kaufman
Federal Public Defender
411 E Bonneville Suite 250
Las Vegas, NV 89101
Email: Shari_Kaufman@fd.org
Counsel for Defendant Richard Paul


William C. Carrico
Federal Public Defender
411 E Bonneville Suite 250
Las Vegas, NV 89101
Email: Bernadette_Almeida@fd.org
Counsel for Defendant Richard Paul

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal

9