# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:10-CR-00565-RLH-PAL |
| vs. | ) | **O R D E R** |
| NICHOLAS BICKLE, | ) | (Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence–#329) |
| Defendant. | ) | |

Before the Court is Defendant's **Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct** (#329, filed July 6, 2015) and the Court will exercise its authority under that section to refer this matter to the United States Attorney for a response to the Motion.

IT IS THEREFORE ORDERED that Defendant's **Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct** (#329) is hereby REFERRED to the UNITED STATES ATTORNEY for a response  <u>within forty-five (45) days of the entry</u> this Order.  Defendant <u>will then have fifteen (15) days thereafter</u> to file a reply to the response of the United States Attorney, and the matter will be referred for decision.

DATED:   July 7, 2015.

_____
**Roger L. Hunt
United States District Judge**