# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA

Plaintiff,

v.

Nicholas Bickle

Defendant.

JUDGMENT

Case Number: 2:10-cr-00565-GMN-PAL-1

(Related case: 2:20-cv-01113-GMN  )

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 is dismissed without prejudice.

12/17/2020
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk